IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EUGENE CHARLES KNIGHT, JR.,

      Appellant,

v.

Case No. 5D22-1633
LT Case No. 2017-CF-003741-A

STATE OF FLORIDA,

      Appellee.
_____/

Opinion filed September 6, 2022

3.800 Appeal from the Circuit Court
for Marion County,
Robert W. Hodges, Judge.

Eugene Charles Knight, Jr., Daytona Beach, pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED. See Simmons v. State, 332 So. 3d 1129 (Fla. 5th DCA 2022).


EVANDER, WALLIS and HARRIS, JJ., concur.